UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Criminal No. 12m-5048-JGD

Kipp Gibbs

## ORDER

**DEIN, U.S.M.J.**

To the Marshal for the District of Massachusetts, or any of his deputies, and to the Superintendent of the Federal Medical Center at Devens, Massachusetts.

You are commanded to have the body of Kipp Gibbs now in your custody, before the United States District Court for District of Massachusetts, United States Courthouse, 1 Courthouse Way, courtroom No. #15 on the 5th Floor, Boston, Massachusetts on or before Friday April 13, 2012 @ 9:30am. For the purpose of a detention hearing in the case of USA v Kipp Gibbs Cr Number 12mj-5048-JGD

Date: April 12, 2012

By the Court,

/s/ Thomas F. Quinn Jr.
Thomas F. Quinn Jr.
Deputy Clerk